UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELOS INSURANCE COMPANY, a Delaware Corporation,<br><br>            Plaintiff,<br><br>    v.<br><br>MERL LEDFORD III, an individual, LEDFORD LAW CORPORATION, a California Corporation,<br><br>            Defendants. | 1:10-CV-02360 OWW DLB<br><br>**ORDER DISMISSING ACTION** |

    Pursuant to the notice of voluntary dismissal filed pursuant to FRCvP 41(a),

    IT IS HEREBY ORDERED that this matter is dismissed with prejudice, each part will bear its own fees and costs to the extent they were incurred.

IT IS SO ORDERED.

**Dated:   February 10, 2011**              **/s/ Oliver W. Wanger**
                                     UNITED STATES DISTRICT JUDGE

1